UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

JESSE BROWN,

       *Plaintiff*,

v.

SUPERINTENDENT OVERMYER, et al.,

       *Defendants*.

Civil Action No. 1:16-cv-81

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the unopposed Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This § 1983 complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

(3) This case is **CLOSED**.

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this _6th_ day of _February_, 2017.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge